**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02906-REB-CBS

ALI H. BUKHARI,

    Plaintiff,

v.

THE BOARD OF TRUSTEES METROPOLITAN STATE COLLEGE OF DENVER,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before me on the **Stipulated Motion To Dismiss All Claims** [#9][1] filed February 6, 2012. After reviewing the motion and the file, I conclude that the motion should be granted, that plaintiff's complaint against defendant should be dismissed and that defendant's counterclaims against the plaintiff should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss All Claims** [#9] filed February 6, 2012, is **GRANTED**; and

    2. That plaintiff's complaint against the defendant is **DISMISSED WITH PREJUDICE**;

    3. That defendant's counterclaims against the plaintiff are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That each of the affected parties to pay its own attorney fees and costs.

Dated February 7, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge